1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                  THE EASTERN DISTRICT OF CALIFORNIA

9

10 MICHAEL RODRIGUEZ         )
                             )   1:07-CV-319 LJO GSA
11                           )
        Plaintiff,           )   STIPULATION AND ORDER TO DISMISS
12                           )
   vs.                       )
13                           )
   Commissioner of Social    )
14 Security,                 )
                             )
15      Defendant.           )
   _____)
16

17
        IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil
18
   Action filed on February 23, 2007, on behalf of Plaintiff be dismissed.  After thorough
19
   review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to
20
   continue.  Plaintiff's counsel has conferred with Plaintiff and both are in agreement to
21
   dismissal, each side to bear its own costs..
22
        Dated: December 31, 2007         /s/ Sengthiene Bosavanh
23
                                         SENGTHIENE BOSAVANH, ESQ.
24                                       Attorney for Plaintiff

25      Dated: January 3, 2008
                                         MCGREGOR SCOTT
26                                       United States Attorney

27                                       By: /s/ Gina Shin
                                         (as authorized via facsimile)
28                                       GINA SHIN
                                         Assistant Regional Counsel

1      IT IS SO ORDERED.

2   **Dated:**  <u>**January 14, 2008**</u>           <u>**/s/ Lawrence J. O'Neill**</u>
                                                                 UNITED STATES DISTRICT JUDGE